UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-4097-MWF(ASx)**                        Dated: **February 21, 2018**

Title:       Linda Chase -*v*- Princess Cruise Lines, Ltd., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                           None Present
    Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                          None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Notice of Settlement [19] filed February 16, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for April 23, 2018 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

    IT IS SO ORDERED.